# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

State of Texas,

Vs. No. 11-07-00030-CR

Harvill Blackshere,

\* From the 35th District
Court of Brown County,
Trial Court No. CR17-488.

\* February 14, 2013

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

## ON REMAND

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against the State of Texas.